## STATE OF CONNECTICUT *v.* DAVID O.

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 722 (AC 27617), is denied.

*Michael Zariphes*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.